**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

PRM GROUP, INC.                          *

        *Plaintiff*              *

    v.                                  *          Case No.: 8:25-cv-01077-TJS

PARALEGAL BOOTCAMP  LLC, et al.    *

        *Defendant*              *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**<u>ORDER APPROVING CONSENT JUDGMENT</u>**

Upon consideration of the Consent Judgment between Plaintiff PRM Group, Inc. and Defendants Paralegal Bootcamp LLC and Timothy Raju Mahajan, it is this __3rd_____ day of __August__, 2026, hereby: ORDERED that the attached Consent Judgment shall be adopted as an Order of the Court.

_____
Timothy J. Sullivan, Chief United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

PRM GROUP, INC.        &ast;

     *Plaintiff*    &ast;

  v.          &ast;  Case No.: 8:25-cv-01077-TJS

PARALEGAL BOOTCAMP LLC, et al. &ast;

     *Defendant*   &ast;

&ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;

<u>**CONSENT JUDGMENT**</u>

At the request of Plaintiff PRM Group, Inc. ("PRM") and Defendants Paralegal Bootcamp LLC ("Paralegal Bootcamp") and Timothy Raju Mahajan, it is this __3rd__ day of August, 2026, hereby:

**ORDERED**, that Defendants shall pay Plaintiff a lump-sum payment in an amount of $39,000.00 by July 31, 2026;

**ORDERED**, that, within five (5) days of the receipt of the $39,000.00 lump-sum payment, Plaintiff shall file a Satisfaction of Judgment as to the monetary terms of this Consent Judgment;

**ORDERED**, that Defendants, along with their associates, affiliates, and related new companies, will not use the offending "Paralegal Bootcamp" mark or any similar iteration thereof, or otherwise employ or purchase any iteration of the "Paralegal Bootcamp" mark via paid search advertising, pay-per-click, or keyword bidding;

**ORDERED**, that Defendants will voluntarily dismiss their opposition to PRM's pending trademark application for "Paralegal Boot Camp," Serial No.: 99096856, (the "Mark") with prejudice by July 31, 2026.

**ORDERED**, that Defendants admit that the Mark has acquired distinctiveness; and

**ORDERED**, that all Parties agree to maintain the confidentiality of the settlement proceedings.

**ORDERED**, that, except for the obligations contained herein, each Party hereby irrevocably and unconditionally releases and discharges the other Party from any and all claims, demands, causes of action, liabilities, damages, obligations, losses, expenses, costs, attorneys' fees, controversies, disputes, rights, or remedies of every kind and nature whatsoever, including but not limited to any matter arising from or related to the use of the Mark or any iteration thereof.

/s/ Jan I. Berlage
Jan I. Berlage   (23937)
Gohn Hankey & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
410-752-9300
410-752-2519 (fax)
jberlage@ghsllp.com

*Counsel for Defendants*

/s/ Terry Wikberg
Terry Wikberg
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, District of Columbia 20006
202-469-5627
202-955-5564 (fax)
terry.wikberg@hklaw.com

*Counsel for Plaintiff*

PRM Group, Inc.

Paralegal Bootcamp LLC

Timothy Raju Mahajan

7-27-2026
Date

07.27.2026
Date

07.27.2026
Date